# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Deirdre Leane et al.<br>*Plaintiff*<br>v.<br>Mishcon de Reya LLP et al.<br>*Defendant* | Case No. 1:20-cv-08127 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Deirdre Leane & IP Nav LLC.

Date: 10/07/2020

/s/ Akiva M. Cohen
*Attorney's signature*

Akiva M Cohen (2400)
*Printed name and bar number*
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway
New York, NY 10019

*Address*

acohen@kusklaw.com
*E-mail address*

(212) 400-4930
*Telephone number*

(866) 221-6122
*FAX number*