# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIRDRE LEANE and IPNAV, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MISHCON DE REYA LLP, MISHCON DE REYA NEW YORK LLP, KING & WOOD MALLESONS LLP, ROBERT WHITMAN and MARK RASKIN, <br><br> Defendants. | Case No. 1:20-cv-08127-UA |

## AFFIDAVIT OF SERVICE

I hereby certify that on October 5, 2020 I filed a true and correct copy of a Notice of Removal to the Southern District of New York in New York State Supreme Court, New York County Index No. 654614/2020.

Dated: New York, New York
October 7, 2020

Respectfully submitted,

By: _s/ Mark Raskin_

Mark Raskin
115 E. 9th St. Apt 8L
New York, NY 10003
(646) 484-9791
raskin.mark@gmail.com