UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIRDRE LEANE; IPNAV, LLC,<br><br>                    Plaintiffs,<br>           -against-<br><br>MISHCON de REYA LLP; MISHCON de REYA NEW YORK, LLP; KING & WOOD MALLESONS LLP; ROBERT WHITMAN; MARK RASKIN,<br><br>                    Defendants. | **ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION**<br><br>20 Civ. 8127 (PGG) |

PAUL G. GARDEPHE, United States District Judge:

Defendant Mark Raskin, an attorney, filed this removal action *pro se*. To proceed with a civil case in this Court, the party initiating the action must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Raskin filed this action without the filing fees or an IFP application. Within thirty days of the date of this order, Raskin must either pay the $400.00 in fees or complete, sign, and submit the attached IFP application. If Raskin submits the IFP application, it should be labeled with docket number 20-CV-8127. If the Court grants the IFP application, Raskin will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Raskin and note service on the docket. If Raskin complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Raskin fails to comply with this order within the time allowed, the action will be remanded to the Supreme Court of the State of New York, County of New York.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 20, 2020
        New York, New York

                                                PAUL G. GARDEPHE
                                             United States District Judge