UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEIRDRE LEANE and IPNAV, LLC,

      Plaintiffs,

- against -

MISHCON DE REYA LLP, MISHCON DE REYA NEW YORK LLP, KING & WOOD MALLESONS LLP, ROBERT WHITMAN and MARK RASKIN,

      Defendants.

---

Case No. 1:20-cv-08127-PGG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that J. Richard Supple, Jr. of Clyde & Co. US LLP, has been retained as counsel for defendant Mark Raskin.

Copies of all pleadings, orders, notices and other documents should henceforth be served on Clyde & Co. US LLP, 405 Lexington Avenue, 16th Floor, New York, New York 10174.

Dated: New York, New York
   October 20, 2020

        CLYDE & CO US LLP
        *Attorneys for Defendant*
        *Mark Raskin*

        By: *s/ J. Richard Supple, Jr.*
          J. Richard Supple Jr.

        405 Lexington Avenue, 16th Floor
        New York, New York 10174
        Tel.: 212.710.3900
        Email: rick.supple@clydeco.cus

To: All Parties via E-Filing