UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
DEIRDRE LEANE and IPNAV, LLC,

                     Case No. 1:20-cv-08127-PGG

                     Plaintiffs,

    - against –                   **STIPULATION AND ORDER TO REMAND**

MISHCON DE REYA LLP, MISHCON
DE REYA NEW YORK LLP, KING & WOOD
MALLESONS LLP, ROBERT WHITMAN and
MARK RASKIN,

                     Defendants.
------------------------------------------------------------ X

WHEREAS, Plaintiffs filed this action in New York State Court on September 22, 2020; and

WHEREAS, Defendant Mark Raskin ("Raskin"), at the time appearing *pro se*, filed a Notice of Removal on September 29, 2020, on the basis of diversity; and

WHEREAS, Plaintiffs and Raskin have since conferred through counsel; and

WHEREAS, Raskin now consents to remand;

NOW, THEREFORE, to avoid unnecessary motion practice, the parties hereto hereby stipulate and agree, and the Court hereby ORDERS, that this action be remanded back to Supreme Court, New York County, for want of jurisdiction because of a lack of diversity of the parties above.

| CLYDE & CO US LLP | KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. |
|---|---|
| By: /s/ J. Richard Supple Jr. | By: /s/ Akiva M. Cohen |
| 405 Lexington Avenue, 16th Floor | 1700 Broadway |
| New York, NY 10174 | New York, NY 10019 |
| 212.710.3900 | 212.400.4930 |
| *Attorneys for Mark Raskin* | *Attorneys for Plaintiffs* |

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.
October 21, 2020